IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SANDRA CALLOWAY FIELDS, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>GENUINE PARTS COMPANY, U.S. AUTOMOTIVE PARTS GROUP, d/b/a NAPA,<br><br>    Defendants. | CIVIL ACTION NUMBER:<br>CV-05-B-2480-S<br>JURY DEMAND |
| CLARENCE E. WYNN, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>GENUINE PARTS COMPANY, U.S. AUTOMOTIVE PARTS GROUP, d/b/a NAPA,<br><br>    Defendants. | CIVIL ACTION NUMBER:<br>CV-05-B-2489-S<br>JURY DEMAND |

## MOTION TO DISMISS

## MOTION TO DISMISS

**COME NOW** the plaintiffs, Sandra Calloway-Fields and Clarence E. Wynn, and the opt-in plaintiffs, Gary Wren and Krista Presnall, and give notice of their dismissal of the above-styled lawsuit with prejudice. Each party to bear its own costs and expenses.

                              Respectfully submitted,

                              Gregory O. Wiggins
                              Counsel for Plaintiffs

OF COUNSEL:

WIGGINS, CHILDS, PANTAZIS & QUINN, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500

## CERTIFICATE OF SERVICE

I do hereby certify that I have e-filed today, February 2, 2007, the above and foregoing by CM/ECF with copies being served on:

Fern H. Singer
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
1600 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama 35203

Marty N. Martenson
Patricia E. Simon
Martenson, Hasbrouck & Simon, LLP
3379 Peachtree Road, NE, Suite 400
Atlanta, Georgia 30326